In the Matter of the Claim of ANTON REMMERT against
C. WEIDENMEYER et al., Respondents.
STATE INDUSTRIAL BOARD, Appellant.

(Argued May 23, 1933; decided June 6, 1933.)

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Henry Epstein* of counsel), for State Industrial Board, appellant.

*Joseph. B. Hurewitz* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: LEHMAN, J. Not sitting: HUBBS, J.